# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 24, 2020

## NO. 03-19-00743-CV

**Pedro Hernandez and Courtney Hernandez, Appellants**

**v.**

**Pella Corporation, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, KELLY, AND SMITH**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on July 16, 2019. Having reviewed the record, the Court holds that appellants have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.